# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-MC-00049-MOC-SCR

| |
|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE ROYAL COURTS OF JUSTICE IN STRAND, UNITED KINGDOM IN THE *MATTER OF SOPHIE GRIFFITHS PENNETTA V. GIOVANNI PENNETTA* |

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the Royal Courts of Justice in Strand, United Kingdom, in *Sophie Griffiths Pennetta v. Giovanni Pennetta,* Foreign Reference Number FD23F00011, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A., for use in connection with a judicial proceeding in the Royal Courts of Justice in Strand, United Kingdom; and

WHEREAS upon review of the Letter of Request issued by the Royal Courts of Justice in Strand, United Kingdom in *Sophie Griffiths Pennetta v. Giovanni Pennetta*, seeking evidence from an entity that may be found within the jurisdiction of this Court for use in said judicial proceedings in the United Kingdom, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) of the Federal Rules of Civil Procedure that Gill P. Beck, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank, N.A. for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Royal Courts of Justice in Strand,

United Kingdom in *Sophie Griffiths Pennetta v. Giovanni Pennetta*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo Bank, N.A. in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

Signed: April 17, 2024

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge